**HAROLD G. BECKS & ASSOCIATES**
HAROLD G. BECKS, State Bar No. 59126
3250 Wilshire Boulevard Suite 708
Los Angeles, California 90010
Telephone: (213) 385-9852
Fax: (213) 385-1370

Attorneys for Defendants,
**COUNTY OF LOS ANGELES; DEPUTY OSCAR CALDERON; DEPUTY CESAR HUERTA; DEPUTY SHAWN O'DONNELL; DEPUTY MICHAEL SCOTT**

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ACOSTA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; DEPUTY CALDERON; DEPUTY HUERTA; DEPUTY SCOTT; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO.: 2:15-cv-09857 PJW<br>[Assigned to Patrick J. Walsh – Courtroom 790]<br>Complaint filed: 12/23/15<br><br>**ORDER DISMSSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) STIPULATION OF VOLUNTARY DISMISSAL** |

1

**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION**

The Court, having considered the stipulation between plaintiff Frank Acosta ("Plaintiff") and defendants County of Los Angeles, Deputy Oscar Calderon, Deputy Cesar Huerta, Deputy Shawn O'Donnell, Deputy Michael Scott ("Defendants"), hereby approves the stipulation and orders that all claims against Defendants are dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties to bear their own costs.

It is so ordered.

Date: February 7, 2019        By: _____
                                  **Hon. Patrick J. Walsh**
                                  Judge, Central District of California